# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4630
_____

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC. and MASSEY
SERVICES, INC.,

   Appellants,

   v.

DANIELLE WILSON,

   Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident: August 9, 2017.

August 1, 2019


PER CURIAM.

   AFFIRMED.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William H. Rogner of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Appellants.

Nicholas A. Shannin of Shannin Law Firm, P.A., Orlando, for Appellee.